**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**JAMES MCALLISTER,**

    **Plaintiff,**

**v.**                                                                       **Case No.  8:10-cv-2742-T-30TBM**

**SOUTHWEST SIGNAL, INC.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss (Dkt. 5) and Plaintiff's Response in Opposition (Dkt. 11).  The Court, having reviewed the motion, response, and being otherwise advised in the premises, concludes that the motion should be denied.

Plaintiff, Defendant's former employee, filed this action alleging he is entitled to back pay, liquidated damages, and attorneys' fees under the Fair Labor Standards Act ("FLSA"). Plaintiff also asserts a claim for a declaratory judgment under the Federal Declaratory Judgment Act.

Defendant moves to dismiss Plaintiff's claim for declaratory judgment (Count II), arguing it is duplicative of the remedies Plaintiff requests in his FLSA claim (Count I).

The Court agrees that there is a possibility that the remedies for both claims may ultimately be duplicate.  However, at this stage, Plaintiff may assert both claims against Defendant.  And there is no authority suggesting that a plaintiff cannot seek declaratory relief

against a defendant in an FLSA case. Indeed, as Plaintiff points out in his response, courts have allowed plaintiffs to pursue both claims in similar cases.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss (Dkt. 5) is hereby DENIED.

2. Defendant shall file an answer to Count II of the Complaint within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida on January 24, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-2742.mtdismiss5.frm